## E. L. THOMAS v. STATE.

No. A-2247.  Opinion Filed January 13, 1919.

(177 Pac. 119.)

KEEPING PLACE FOR SALE OF INTOXICATING LIQUOR.  Syllabus the same as in No. A-2331, Proctor v. State, 15 Okla. Cr. 338, 176 Pac. 771.

*Appeal from Superior Court, Oklahoma County;*
*Edward Dewes Oldfield, Judge.*

E. L. Thomas was convicted of keeping a place for the unlawful sale, etc., of intoxicating liquor and he appeals. Reversed.

*Thos. W. Conner,* for plaintiff in error.

*R. McMillan,* Asst. Atty. Gen., for the State.

GALBRAITH, Special Judge.  The plaintiff in error was charged, convicted, and sentenced to be confined for one year in the penitentiary, and to pay a fine of $100, under section 4, c. 26, Sess. Laws 1913.

This case involves the same issues as the case of *Proctor v. State, ante,* p. 338, 176 Pac. 771, decided this term, and is controlled thereby.  For the reasons set out in that opinion, the judgment appealed from is reversed.

DOYLE, P. J., and ARMSTRONG, J., concur.